```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :    PROTECTIVE ORDER
                                  :
         - v. -                   :    S4 16 Cr. 672 (KPF)
                                  :
JOSEPH ATUANA, and                :
AYODELE ADENIRAN,                 :
                                  :
              Defendants.         :
- - - - - - - - - - - - - - - - - x

WHEREAS, the Government seeks to protect sensitive information, including contact information, bank account information, and personal identifying information, of certain individuals;

WHEREAS, the Government also seeks to provide counsel for JOSPEH ATUANA and AYODELE ADENIRAN, the defendants, with materials in this case pursuant to 18 U.S.C. § 3500 (the "3500 material");

IT IS HEREBY ORDERED:

1. With respect to the 3500 material reflecting any sensitive identification information (including, but not limited to, names, addresses, dates of birth, Social Security numbers, financial-account numbers, driver's license information, and telephone numbers) to be disclosed by the Government in this action, the 3500 material:

1

(a) Shall be used by the defense only for purposes of the defense of this action;

(b) Shall be maintained in a safe and secure manner solely by the defendants' respective counsel of record;

(c) Shall not be possessed by the defendants outside the presence of counsel;

(d) May be shared with the defendants in the presence of their respective counsel;

(e) Shall not be otherwise disclosed in any form except as set forth in paragraph 2 below; and

(f) Shall be returned to the Government or destroyed at the conclusion of trial or when the resolution of any appeal has become final.

2. The 3500 material may be disclosed, other than as set forth in paragraph 1 above, only to the defendants' respective counsel of record and to the following persons (hereinafter "Designated Persons"):

(a) investigative, secretarial, clerical, and paralegal or student personnel employed full-time or part-time by the defendants' respective counsel of record;

(b) independent expert witnesses, investigators, or advisors retained by each defendants' respective counsel of record in connection with this action; and

        (c) such other persons as hereafter may be authorized by the Court upon motion by the defendants.

        3.  To the extent any Designated Person (or any other party not provided for herein) obtains any 3500 material that is the subject of this Order, such 3500 material shall not be further disclosed in any form, including but not limited to orally disclosing such information and posting such information on the Internet.

        4.  The defendants and their respective counsel of record shall provide a copy of this Order to any Designated Persons to whom the 3500 material that reflects sensitive information is disclosed pursuant to paragraph 2.  Prior to disclosure of such material to any Designated Person, pursuant to paragraph 2, any such Designated Person shall agree to be subject to the terms of this Order.

Dated: New York, New York
       January 10, 2018

                              SO ORDERED:

                              _____
                              HONORABLE KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK