

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 9, 2024

**BY ECF**



The Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
New York, New York 10007

      Re:    *United States v. Joseph Atuana*, 16 Cr. 672 (KPF)

Dear Judge Failla:

      The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    /s/
      Nicholas Folly
      Assistant United States Attorney
      Tel.: (212) 637-1060

Application GRANTED. It is hereby ordered that the noticed request to withdraw Mr. Folly as counsel for the Government is granted, and the appearance of Mr. Folly is withdrawn as of the date of this Order. The Court extends its best wishes to Mr. Folly in his future endeavors.

The Clerk of Court is directed to terminate the pending motion at docket entry 214.

Dated:    October 10, 2024          SO ORDERED.
          New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE